UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJNEEL KUMAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | No.  1:25-cv-1969 DAD AC<br><br><br>ORDER |

　　　　Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a motion to appoint counsel. ECF Nos. 1, 2. On December 23, 2025, the court denied petitioner's motion, directed respondents' to file an answer/return to the petition within 14 days, and provided petitioner with the option to file a reply/traverse within 7 days after being served with respondents' answer/return. ECF No. 4

　　　　On January 6, 2026, respondents filed a motion to dismiss and response to the petition for writ of habeas corpus arguing (1) that petitioner's removal is reasonably foreseeable because they have obtained travel documents for petitioner in order to execute his removal order to Fiji, and (2) that there is no evidence before the court that third-country removal is likely or imminent. ECF No. 6. On January 12, 2026, petitioner filed a motion to withdraw this case without prejudice. ECF No. 8.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to withdraw (ECF No. 8) is construed as a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and is GRANTED. This case is dismissed without prejudice.

2. Respondents' motion to dismiss (ECF No. 6) is DENIED AS MOOT.

3. The Clerk of the Court is directed to close this case.

DATED: January 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE